# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1582. TZVI Y. STRAUSS v. THE STATE.

Tzvi Strauss was arrested for violating the terms and conditions of his probation and, apparently, for new felony charges. Strauss filed a pro se motion for bond, which the trial court denied. Strauss sought discretionary review of the trial court's order, which we dismissed. We lack jurisdiction over this direct appeal as well.

As we explained in the order dismissing Strauss's discretionary application, see Case No. A25D0191, appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" OCGA § 5-6-34 (a) (1). Here, however, the order Strauss seeks to appeal is not a final judgment as the case remains pending in the trial court. Consequently, Strauss was required to use the interlocutory appeal procedures — including obtaining a timely certificate of immediate review from the trial court — to appeal the order denying his request for pretrial bond. See OCGA § 5-6-34 (b); *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857, 857 (392 SE2d 562) (1990).

Accordingly, Strauss's failure to comply with the interlocutory appeal procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *Mullinax*, 271 Ga. at 112 (1); *Howard*, 194 Ga. App. at 857.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,   05/30/2025                *

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*